LAW OFFICES OF

# GOLDBERG & DOHAN, L.L.P.

GEORGE Z. GOLDBERG*◊+
RUSSELL A. DOHAN+
─────
**FROM THE OFFICE OF**:
PENN U. DODSON *◊

* MEMBER OF THE NY BAR
◊ MEMBER OF THE GA BAR
+ MEMBER OF THE FL BAR

**ADDITIONAL OFFICES IN**
GEORGIA, FLORIDA, TENNESSEE, COLORADO,
NORTH CAROLINA, ALABAMA, MICHIGAN & SOUTH CAROLINA

Reply to: **NEW YORK**

WEB ADDRESS: WWW.GOLDBERGDOHAN.COM
MAIN TELEPHONE (800) 719-1617
FACSIMILE (888) 272-8822

**NEW YORK / NEW JERSEY OFFICE:**
275 MADISON AVENUE
SUITE 705
NEW YORK, NEW YORK 10016
─────
DIRECT (646) 502-7751

**HOME OFFICE:**
1776 NORTH PINE ISLAND ROAD
SUITE 224
PLANTATION, FLORIDA 33322
─────
DIRECT (954) 318-2888

April 16, 2012

Hon. Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  **RE:** *Kleitman v. MSCK Mayain Olam Habba Inc. et al*
    **Civil Action No. 1:11-cv-02817-SJ -JMA (EDNY)**
    **Request for Status Update**

Your Honor:

On behalf of the Plaintiff, on August 31, 2011 I filed a Motion for Default Judgment [Dkt. 8]. No ruling has yet been issued. Respectfully and with due consideration given to this Court's busy docket, on behalf of my client I would like to request a status report as to when we might expect an order to be rendered on this issue. Thank you.

            Sincerely,

            Penn Dodson
            *pdodson@goldbergdohan.com*